```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/10/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JOSE RIVERA,

                              **Plaintiff,**                  20-CV-9771 (ALC)(SN)

           -against-                                  **ORDER**

MUNICIPAL CREDIT UNION, et al.,

                              **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        In order to allow time for defendant Municipal Credit Union to answer or otherwise respond to the Complaint, the Initial Pretrial Conference previously scheduled Monday, December 21, 2020, at 2:00 p.m. is RESCHEDULED to Friday, January 22, 2021, at 2:00 p.m. At that time, the parties shall call the Court's dedicated teleconference line at (877) 402-9757, and enter Access Code 7938632, followed by the pound (#) key.

        SO ORDERED.

                                                  _____
                                                  SARAH NETBURN
                                                  United States Magistrate Judge

DATED:      December 10, 2020
                 New York, New York