UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JOSE RIVERA,

                                **Plaintiff,**

            -against-

**MUNICIPAL CREDIT UNION, et al.,**

                               **Defendants.**

-----------------------------------------------------------------X

20-CV-9771 (ALC)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/18/2021

**SARAH NETBURN, United States Magistrate Judge:**

      Pursuant to the Court's January 8 and January 22, 2021 Orders, Plaintiff was instructed to file stipulations of dismissal as to Defendants Municipal Credit Union by January 15, 2021, and as to Defendant Equifax Information Services, LLC, by January 29, 2021. To date, neither stipulation of dismissal has been filed. Accordingly, by February 19, 2021, Plaintiff shall file stipulations of dismissal for Defendants Municipal Credit Union and Equifax Information Services, LLC or a letter regarding the status of the lawsuit with regard to those Defendants.

**SO ORDERED.**

                                              _____
                                              SARAH NETBURN
DATED:    February 18, 2021      United States Magistrate Judge
             New York, New York