UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JOSE RIVERA,

                                        **Plaintiff,**                                      **20-CV-9771 (ALC)(SN)**

        -against-                                                          **ORDER**

**MUNICIPAL CREDIT UNION, et al.,**

                                     **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       As discussed at the March 8, 2021 conference in this matter, the parties were to file a status letter two weeks after the conference indicating the status of settlement discussions between Plaintiff and Defendant Experian Information Solutions, Inc. As of today, no letter has been filed. Accordingly, the parties are directed to file a status letter by Friday, March 26, 2021, indicating whether a settlement has been reached between the parties. If a settlement has not been reached, the Court will set a schedule for discovery in this matter as discussed at the March 8, 2021 conference.

**SO ORDERED.**

                                                                                    SARAH NETBURN
                                                                                     United States Magistrate Judge

DATED:       March 24, 2021
                  New York, New York