USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: May 12, 2021

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jose Rivera,<br><br>          Plaintiff,<br><br>– against–<br><br>Municipal Credit Union, Experian Information Solutions, Inc., Trans Union, LLC, and Equifax Information Services, LLC,<br><br>          Defendant(s). | Case No. 1:20-cv-09771<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiff Jose Rivera, by counsel, and Defendant Experian Information Solutions, Inc., by counsel, having filed their Stipulation Of Dismissal With Prejudice Between Plaintiff And Defendant Experian Information Solutions, Inc., AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Jose Rivera against Defendant Experian Information Solutions, Inc. are dismissed, with prejudice. Plaintiff Jose Rivera and Defendant Experian Information Solutions, Inc. shall each bear their own costs and attorneys' fees.

Date: May 12, 2021

United States District Judge Andrew L. Carter, Jr.